

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00353-CV

IN RE CUMMINS INVESTMENT                                         RELATORS
MANAGEMENT COMPANY, CVRR
PROPERTY HOLDINGS, AND
WILLIAM B. CUMMINS

------------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. 096-271100-14

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus, the real party in interest's response, relators' reply, and the reporter's record and is of the opinion that relief should be denied. Accordingly, the relators' petition for writ of mandamus is denied.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

Further, the stay of the October 30, 2014 "Order on Motion to Expunge *Lis Pendens*" in trial court cause number 096-271100-14, styled *Cummins Investment Management Company; CVRR Property Holdings; and William B. Cummins v. JEMM Texas, LLC*, pending in the 96th District Court of Tarrant County, Texas, is hereby lifted.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED:  January 23, 2015